# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 09CR2519WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CLEOFAS RAQUEL VILLAREAL QUINONEZ (1), | |
| Defendant. | |

Hayes, Judge:

      The matter before the Court is the Request for a 4 level reduction for fast track filed by the Defendant. (ECF No. 184). On January 27, 2012, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighty (80) months. This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Defendant's request for a 4 level reduction for fast track (ECF No. 184) is denied.

DATED: January 29, 2013

                                                        **WILLIAM Q. HAYES**
                                                        United States District Judge